The case was submitted on the papers filed, accompanied by a memorandum of law.

*Joseph A. Messere,* pro se.

*Philip W. Silva* for the defendant.

JOSE HERNANDEZ *vs.* COMMONWEALTH. August 16, 1996. *Supreme Judicial Court,* Superintendence of inferior courts, Appeal from order of single justice.

Jose Hernandez (defendant) unsuccessfully sought a stay of proceedings

in the Appeals Court pending a decision on his motion under Mass. R. Crim. P. 30 (b), 378 Mass. 900 (1979), for a new trial. A single justice of this court denied his request for relief under G. L. c. 211, § 3 (1994 ed.), and he then sought review in the full court under S.J.C. Rule 2:21, 421 Mass. 1303 (1995).

The appeal from which the defendant sought a stay was the subject of oral argument in the Appeals Court on April 18, 1996.[1] The defendant has not demonstrated what remedy, if any, could have been obtained thereafter from either the single justice or from this court.

*Judgment affirmed.*

The case was submitted on the papers filed, accompanied by a memorandum of law.

*Jose Hernandez,* pro se.

*S. Jane Haggerty,* Assistant District Attorney, for the Commonwealth.

---

[1] We note that the Appeals Court issued a memorandum and order pursuant to its rule 1:28 on July 29, 1996, affirming the judgment. *Commonwealth* v. *Hernandez,* 41 Mass. App. Ct. 1101 (1996).